UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

**United States of America**

    **v.**                                              Case No. 07-cr-193-PB

**Irene D. Howard**


**O R D E R**

The defendant, through counsel, has moved to continue the November 6, 2007 trial in the above case, citing the need for additional time to complete extensive discovery and address psychological issues.  The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from November 6, 2007 to March 4, 2008.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial

The October 30, 2007 final pretrial conference is continued to February 20, 2008 at 4:00 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

October 29, 2007

cc:   Jonathan Saxe, Esq.
      Mark Zuckerman, AUSA
      United States Probation
      United States Marshal